# EXHIBIT # 46

J 1233384B-

AFTER RECORDING RETURN TO:

Foreclosure Department
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 10 -0052869

DESCHUTES COUNTY OFFICIAL RECORDS
NANCY BLANKENSHIP, COUNTY CLERK        2010-17116

                                                      $48.00

0072518026100017116001001B

M-DTAS  Cnt=1  Stn=3  PG
$5.00 $11.00 $16.00 $10.00 $6.00        04/30/2010 01:40:46 PM

## ASSIGNMENT OF DEED OF TRUST

        For Valuable Consideration, the undersigned as Beneficiary, hereby grants, conveys, assigns, and transfers
to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE
CERTIFICATEHO LDERS OF CWABS ASSET-BACKED NOTES TRUST 2007-SD1, C/O BAC HOME LOANS
SERVICING, LP, 400 COUNTRYWIDE WAY SV-35, SIMI VALLEY, CA 93065, all beneficial interest under
that certain Deed of Trust, dated 01/18/2007, executed by CHRISTOPHER MITCHELL, A MARRIED MAN AS
HIS SOLE AND SEPARATE PROPERTY, Grantor(s), to AMERITITLE, Trustee, and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded on 02/06/2007 as Recorder's
fee/file/instrument/microfilm/reception number 2007-07786, Records of Deschutes County, Oregon, describing land.
There in: as more fully described in said Deed of Trust.
Together with note or notes therein described or referred to, the money due and to become due thereon, with interest,
and all rights accrued or to accrue under said Deed of Trust.

Dated _____APR 2 8 2010_____,20___

State of _____CALIFORNIA_____ )
                                                         ) ss
County of _____VENTURA_____ )

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By: _Christina Balandran_

CHRISTINA BALANDRAN
                              , Assistant Secretary

On _____APR 2 8 2010_____, before me, _____E. L. Howard_____, notary public, personally appeared
_____CHRISTINA BALANDRAN_____, personally known to me (or proved to me on the basis of satisfactory
evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_E. L. Howard_
Notary Public in and for the State of CALIFORNIA
Residing at _____
My Commission Expires: _____AUG 2 1 2010_____

E. L. HOWARD
Commission # 1689188
Notary Public - California
Ventura County
My Comm. Expires Aug 21, 2010

※ Mortgage Electronic Registration Systems, Inc.

# EXHIBIT # 47

↓ 123315 ↙8-

DESCHUTES COUNTY OFFICIAL RECORDS    2010-16979
NANCY BLANKENSHIP, COUNTY CLERK

$48.00

007250482010001697000100I9

M-DTRS Cnt=1 Stn=1 BN              04/29/2010 04:01:21 PM
$5.00 $11.00 $16.00 $10.00 $6.00

AFTER RECORDING RETURN TO:

Foreclosure Department
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 10 -0052372

## ASSIGNMENT OF DEED OF TRUST

For Valuable Consideration, the undersigned as Beneficiary, hereby grants, conveys, assigns, and transfers to THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-27CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-27CB, C/O BAC HOME LOANS SERVICING, LP, 400 COUNTRYWIDE WAY SV-35, SIMI VALLEY, CA 93065, all beneficial interest under that certain Deed of Trust, dated 09/30/2004, executed by RICHARD A JOHNSON, A MARRIED MAN. Grantor(s), to FIRST AMERICAN TITLE OF OREGON, Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded on 10/11/2004 as Recorder's fee/file/instrument/microfilm/reception number 2004-60842, Records of Deschutes County, Oregon, describing land. There in: as more fully described in said Deed of Trust.

Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated ____APR 2 7 2010____ 20____

State of ____CALIFORNIA____ )
                                      ) ss
County of ____VENTURA____ )

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

By: _____

CHRISTINA BALANDRAN, Assistant Secretary

On ____APR 2 7 2010____ before me, ____E. L. Howard____, notary public, personally appeared ____CHRISTINA BALANDRAN____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public in and for the State of ____CALIFORNIA____
Residing at ____VENTURA____
My Commission Expires: ____8/21/2010____

♂ Mortgage Electronic Registration Systems, Inc.

E. L. HOWARD
Commission # 1689188
Notary Public - California
Ventura County
My Comm. Expires Aug 21, 2010

Recorded by AmeriTitle as an
accommodation only. No liability Page 1 of 1
is accepted for the condition of
title or for the validity, sufficiency

ORASGN (01/08)

# EXHIBIT # 48

↓ 123616 48

AFTER RECORDING RETURN TO:

Foreclosure Department
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 10 -0057771

**DESCHUTES COUNTY OFFICIAL RECORDS**
**NANCY BLANKENSHIP, COUNTY CLERK** **2010-18692**

**$48.00**

**05/13/2010 11:31:16 AM**

M-DTRS Cnt=1 Stn=1 BN
$5.00 $11.00 $16.00 $10.00 $6.00

## ASSIGNMENT OF DEED OF TRUST

For Valuable Consideration, the undersigned as Beneficiary, hereby grants, conveys, assigns, and transfers to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC5 MORTGAG E PASS-THROUGH CERTIFICATES, SERIES 2006-OC5, C/O BAC HOME LOANS SERVICING, LP, 400 COUNTRYWIDE WAY  SV-35, SIMI VALLEY, CA 93065, all beneficial interest under that certain Deed of Trust, dated 03/29/2006, executed by SHARMAN K WATT AND NORMAN D WATT, WIFE AND HUSBAND, Grantor(s), to FIRST AMERICAN TITLE INSURANCE COMP, Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS. INC, as Beneficiary, recorded on 04/03/2006 as Recorder's fee/file/instrument/microfilm/reception number 2006-22588, Records of Deschutes County, Oregon, describing land. There in: as more fully described in said Deed of Trust.

Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated _____ MAY 1 1 2010 ____ 20___

Mortgage Electronic Registration Systems, Ing.

State of _____ **CALIFORNIA** ____ )

County of _____ **VENTURA** ____ ) ss
                                   )

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS. INC

By: _____

**CHRISTINA BALANDRAN** Assistant Secretary

On ___ MAY 1 1 2019 ____, before me, ____ **E. L. Howard** _____, notary public, personally appeared _____ **CHRISTINA BALANDRAN** _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public in and for the State of ____ **CALIFORNIA**
Residing at _____ **VENTURA**
My Commission Expires: ____ AUG 2 1 2010

E. L. HOWARD
Commission # 1689188
Notary Public - California
Ventura County
My Comm. Expires Aug 21, 2010

After recording, return to
Amerittitle
15 OREGON AVENUE, BEND

Page 1 of 1

*ORASGN (01/08)*

# EXHIBIT # 49

↓ 121318 48

AFTER RECORDING RETURN TO:

Foreclosure Department
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 10 -0006953

DESCHUTES COUNTY OFFICIAL RECORDS    2010-04175
NANCY BLANKENSHIP, COUNTY CLERK
$48.00

M-DTRS  Cnt=1  Stn=30  JS    01/27/2010 12:27:41 PM
$5.00 $11.00 $16.00 $10.00 $6.00

## ASSIGNMENT OF DEED OF TRUST

For Valuable Consideration, the undersigned as Beneficiary, hereby grants, conveys, assigns, and transfers to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE CERTIFICATEHOLDERS,CWALT,INC.,ALTERNATIVE LOAN TRUST 2007-OH1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OH1, C/O BAC HOME LOANS SERVICING, LP, 400 COUNTRYWIDE WAY  SV-35, SIMI VALLEY, CA 93065, all beneficial interest under that certain Deed of Trust, dated 03/01/2007, executed by STEPHEN M. REYNOLDS AND DEBORA YAGER,AS TENANTS BY THE ENTIRETY, Grantor(s), to FIRST AMERICAN TITLE, Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS. INC, as Beneficiary, recorded on 03/07/2007 as Recorder's fee/file/instrument/microfilm/reception number 2007-13824, Records of Deschutes County, Oregon, describing land. There in: as more fully described in said Deed of Trust.
Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated    JAN 25 2010        , 20 _____ .

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS. INC

State of   CALIFORNIA    )
                        ) ss
County of   VENTURA     )

By: _____

CHRISTINA BALANDRAN,  Assistant Secretary

On   JAN 25 2010    , before me,   JANET L. KOCH    , notary public, personally appeared ____CHRISTINA BALANDRAN____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public in and for the State of  CALIFORNIA
Residing at    VENTURA
My Commission Expires: Oct 29, 2011

JANET L. KOCH
Commission # 1776832
Notary Public - California
Ventura County
My Comm. Expires Oct 29, 2011

# EXHIBIT # 50

↓ 1249848

AFTER RECORDING RETURN TO:

Foreclosure Department
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 10 -0004058

DESCHUTES COUNTY OFFICIAL RECORDS    2010-04583
NANCY BLANKENSHIP, COUNTY CLERK

$48.00

00711643201000045830010014    01/29/2010 02:50:21 PM

M-DTRS  Cnt=1  Stn=3  PG
$5.00 $11.00 $16.00 $10.00 $6.00

## ASSIGNMENT OF DEED OF TRUST

For Valuable Consideration, the undersigned as Beneficiary, hereby grants, conveys, assigns, and transfers to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWALT, INC. ALTERNATIVE LOAN TRUST 2005-65CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-65CB, C/O BAC HOME LOANS SERVICING, LP, 400 COUNTRYWIDE WAY  SV-35, SIMI VALLEY, CA 93065, all beneficial interest under that certain Deed of Trust, dated 10/07/2005, executed by CHARLES J SWEENEY JR, AN UNMARRIED MAN, Grantor(s), to AMERITITLE, Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded on 10/13/2005 as Recorder's fee/file/instrument/microfilm/reception number 2005-69669, Records of Deschutes County, Oregon, describing land. There in: as more fully described in said Deed of Trust. Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated __JAN 2 6 2010__ , 20 _____ .

State of  __CALIFORNIA__ )
                                          ) ss
County of  __VENTURA__ )

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _Christina Balandran_

__CHRISTINA BALANDRAN__ Assistant Secretary

On __JAN 2 6 2010__ , before me, __JANET L. KOCH__ , notary public, personally appeared __CHRISTINA BALANDRAN__ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Janet L Koch_

Notary Public in and for the State of __CALIFORNIA__
Residing at __VENTURA__
My Commission Expires: _Oct 29, 2011_

JANET L. KOCH
Commission # 1776832
Notary Public - California
Ventura County
My Comm. Expires Oct 29, 2011

# EXHIBIT # 51

↓ 1214-100 48

DESCHUTES COUNTY OFFICIAL RECORDS    2010-06511
NANCY BLANKENSHIP, COUNTY CLERK

$48.00

00713704201000065110010015

02/11/2010 03:55:29 PM

M-DTRS  Cnt=1  Stn=1  BN
$5.00  $11.00  $16.00  $10.00  $6.00

AFTER RECORDING RETURN TO:

Foreclosure Department
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 10 -0010447

## ASSIGNMENT OF DEED OF TRUST

For Valuable Consideration, the undersigned as Beneficiary, hereby grants, conveys, assigns, and transfers to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS,INC., ASSET-BACKED CERTIFICATES,SERIES 2006-23, C/O BAC HOME LOANS SERVICING, LP, 400 COUNTRYWIDE WAY  SV-35, SIMI VALLEY, CA 93065, all beneficial interest under that certain Deed of Trust, dated 12/08/2006, executed by CHRISTINA K EDLESTON, AN UNMARRIED WOMAN., Grantor(s), to FIRST AMERICAN TITLE, Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded on 12/22/2006 as Recorder's fee/file/instrument/microfilm/reception number 2006-83397, Records of Deschutes County, Oregon, describing land. There in: as more fully described in said Deed of Trust.

Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated ___**FEB 0 5 2010**___ , 20 _____ .

State of ___**CALIFORNIA**___ )
                                                    ) ss
County of ___**VENTURA**___ )

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: _____

___**CHRISTINA BALANDRA**___ Assistant Secretary

On ___**FEB 0 5 2010**___ , before me, ___**JANET L. KOCH**___ , notary public, personally appeared ___**CHRISTINA BALANDRAN**___ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public in and for the State of ___**CALIFORNIA**___
Residing at ___**VENTURA**___
My Commission Expires: _Oct 29, 2011_

JANET L. KOCH
Commission # 1776832
Notary Public - California
Ventura County
My Comm. Expires Oct 29, 2011

# EXHIBIT # 52

V 121401 48

AFTER RECORDING RETURN TO:

Foreclosure Department
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 10 -0010475

DESCHUTES COUNTY OFFICIAL RECORDS
NANCY BLANKENSHIP, COUNTY CLERK          2010-05619

                                         $48.00

M-DTRS   Cnt=1   Stn=11   JS    02/05/2010 12:28:18 PM
$5.00 $11.00 $18.00 $10.00 $8.00

## ASSIGNMENT OF DEED OF TRUST

For Valuable Consideration, the undersigned as Beneficiary, hereby grants, conveys, assigns, and transfers to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR CWABS, INC, ASSET-BACKED CERTIFICATES, SERIES 2007-13, C/O BAC HOME LOANS SERVICING, LP, 400 COUNTRYWIDE WAY SV-35, SIMI VALLEY, CA 93065, all beneficial interest under that certain Deed of Trust, dated 08/10/2007, executed by NANCY J REYNOLDS, AND BRIAN L REYNOLDS, AS TENANTS BY THE ENTIRETY, Grantor(s), to FIDELITY NATIONAL TITLE INSURANCE CO, Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded on 08/16/2007 as Recorder's fee/file/instrument/microfilm/reception number 2007-45067, Records of Deschutes County, Oregon, describing land. There in: as more fully described in said Deed of Trust.

Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated _____ FEB 0 3 2010 ____, 20 _____

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

State of ____CALIFORNIA____ )
                            ) ss
County of ____VENTURA____   )

By _____

CHRISTINA BALANDRAN, Assistant Secretary

On ____FEB 0 3 2010____, before me, ____JANET L. KOCH____, notary public, personally appeared ____CHRISTINA BALANDRAN____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public in and for State of ____CALIFORNIA____
Residing at ____
My Commission Expires: ____OCT 29, 2011____

JANET L. KOCH
Commission # 1776832
Notary Public - California
Ventura County
My Comm. Expires Oct 29, 2011

# EXHIBIT # 53

↓ 121820 48⁻

DESCHUTES COUNTY OFFICIAL RECORDS    2010-08465
NANCY BLANKENSHIP, COUNTY CLERK

$48.00

||||||||||||||||||||||||||||||||||||

0071558820100008465001D011    02/26/2010 02:24:32 PM

M-DTRS   Cnt=1   Stn=3   PG
$5.00 $11.00 $16.00 $10.00 $6.00

AFTER RECORDING RETURN TO:

Foreclosure Department
RECONTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 10-0022833

## ASSIGNMENT OF DEED OF TRUST

For Valuable Consideration, the undersigned as Beneficiary, hereby grants, conveys, assigns, and transfers to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE, FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-33CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-33CB, C/O BAC HOME LOANS SERVICING, LP, 400 COUNTRYWIDE WAY  SV-35, SIMI VALLEY, CA 93065, all beneficial interest under that certain Deed of Trust, dated 05/18/2005, executed by MICHAEL SHEAN-JONES AND KATHY SHEAN-JONES, HUSBAND AND WIFE, Grantor(s), to AMERITITLE, Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded on 05/31/2005 as Recorder's fee/file/instrument/microfilm/reception number 2005-33487, Records of Deschutes County, Oregon, describing land. There in: as more fully described in said Deed of Trust.

Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated  FEB. 23 , 20 10

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

State of      CALIFORNIA      )

)  ss

County of      VENTURA      )

By: _____

CHRISTINA BALANDRAN      , Assistant Secretary

FEB 2 4 2010

On FEB 23 2010 , before me,      JANET L. KOCH      , notary public, personally appeared CHRISTINA BALANDRAN , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

↑ MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

WITNESS my hand and official seal.

_____
Notary Public in and for the State of      CALIFORNIA
Residing at      VENTURA
My Commission Expires: Oct 29, 2011

JANET L. KOCH
Commission # 1776832
Notary Public - California
Ventura County
My Comm. Expires Oct 29, 2011

# EXHIBIT # 54

↓ 122509 48

DESCHUTES COUNTY OFFICIAL RECORDS
NANCY BLANKENSHIP, COUNTY CLERK    **2010-12222**

$48.00

||||| barcode |||||

03/25/2010 02:58:13 PM

M-DTAS  Cnt=1  Stn=3  PG
$5.00  $11.00  $16.00  $10.00  $6.00

AFTER RECORDING RETURN TO:

**Foreclosure Department**
**RECONTRUST COMPANY, N.A.**
→ 1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063
TS No. 10 -0039147

## ASSIGNMENT OF DEED OF TRUST

For Valuable Consideration, the undersigned as Beneficiary, hereby grants, conveys, assigns, and transfers to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005- 16, C/O BAC HOME LOANS SERVICING, LP, 400 COUNTRYWIDE WAY  SV-35, SIMI VALLEY, CA 93065, all beneficial interest under that certain Deed of Trust, dated 10/31/2005, executed by LYNDA F ALBERS, AND RONALD J. ALBERS, AS TENANTS BY THE ENTIRETY, Grantor(s), to FIDELITY NATIONAL TITLE INSURANCE CO, Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded on 11/09/2005 as Recorder's fee/file/instrument/microfilm/reception number 2005-77382, Records of Deschutes County, Oregon, describing land. There in: as more fully described in said Deed of Trust.
Together with note or notes therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said Deed of Trust.

Dated **MAR 2 3 2010**_____, 20 _____.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

State of _____**CALIFORNIA**_____ )
_____**VENTURA**_____ ) ss
County of _____ )

By: _~Christina Balandran~_

**CHRISTINA BALANDRAN**
_____, Assistant Secretary

On ___**MAR 2 3 2010**_____before me, _____**Angeles Medina**_____, notary public, personally appeared
_____**CHRISTINA BALANDRAN**_____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. *MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.*

WITNESS my hand and official seal.

_~Angeles M~_
Notary Public in and for the State of __**VENTURA**__  **CALIFORNIA**
Residing at _____
My Commission Expires: _12-23-2011_

ANGELES MEDINA
Commission # 1786299
Notary Public - California
Ventura County
My Comm. Expires Dec 23, 2011

# EXHIBIT # 55

V28104 53

BESCHUTES COUNTY OFFICIAL RECORDS
NANCY BLANKENSHIP, COUNTY CLERK    2010-42712

00753289201000427120020021    $53.00

10/26/2010 01:51:41 PM

M-DEF  Cnt=1  Stn=3  PG
$10.00 $11.00 $16.00 $10.00 $6.00

After recording return to:
Attn: Foreclosure Department
RECONTRUST COMPANY, N.A.
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by DONNA K RHODES,, as grantors, to FIDELITY NATIONAL TITLE INSURANCE CO, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 10/25/2006, recorded 11/02/2006, in the mortgage records of Deschutes County, Oregon, as   Recorder's fee/file/instrument/microfilm/reception Number 2006-73146, covering the following described real property situated in said county and state, to wit:

2

LOT FIFTY-SEVEN (57), BOULDER BROOK, PHASE 4, DESCHUTES COUNTY, OREGON.

PROPERTY ADDRESS:  438 NW 19TH STREET UNIT 57
                   REDMOND, OR 97756

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $685.76 beginning 12/01/2006; plus late charges of $ 21.59 each month beginning 12/01/2006 payment plus prior accrued late charges of $-107.95; plus advances of $0.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $90,111.59 with interest thereon at the rate of 5.75 percent per annum beginning 02/01/2010 plus late charges of $ 21.59 each month beginning 12/01/2006 until paid; plus prior accrued late charges of $-107.95; plus advances of $0.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL | For Additional Information: |
|---|---|
| RE: Trust Deed from | Please Contact |
| DONNA K RHODES, | Foreclosure Department |
|       Grantor | RECONTRUST COMPANY, N.A. |
|   To | RECONTRUST COMPANY, N.A. |
| RECONTRUST COMPANY, N.A., | 1800 Tapo Canyon Rd., CA6-914-01-94 |
|       Trustee      TS No. 10 -0138479 | SIMI VALLEY, CA 93063 |
| | (800)-281-8219 |

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

*ORNOD (01/10)*

After recording, return to
Amerititle
15 OREGON AVENUE, BEND

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Monday, March 07, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR
, which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

Karla Merida, Team Member

STATE OF **CALIFORNIA** )
                        ) ss.
COUNTY OF **VENTURA** )

On _____, before me, **M I Miller**, notary public, personally appeared _____**KARLA MERIDA**_____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for _____**CALIFORNIA**_____
My commission expires: **Feb 15 2013**

> M. I. MILLER
> COMM. #1836833
> Notary Public · California
> Los Angeles County
> My Comm. Expires Feb. 15, 2013
> (SEAL)

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**

# EXHIBIT # 56

V 126070 8̄3̄

After recording return to:
Attn:  Foreclosure Department
RECONTRUST COMPANY, N.A.
400 COUNTRYWIDE WAY  SV-35
SIMI VALLEY, CA 93065

DESCHUTES COUNTY OFFICIAL RECORDS    2010-43965
NANCY BLANKENSHIP, COUNTY CLERK
                                                                          $58.00

00754617201000430050020025        11/03/2010 03:03:55 PM

M-DEF  Cnt=1  Stn=3  PG
$10.00 $11.00 $16.00 $10.00 $6.00 $5.00

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by TIM A. STARR, A MARRIED MAN, as grantors, to WESTERN TITLE & ESCROW, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 07/27/2007, recorded 08/01/2007, in the mortgage records of Deschutes County, Oregon, as  Recorder's fee/file/instrument/microfilm/reception Number 2007-42440,and re-recorded 02/25/2008 and as fee/file/instrument/microfilm/reception Number 2008-08366 covering the following described real property situated in said county and state, to wit:

LOT 4, BLOCK 4, KINGS FORST THIRD ADDITION, DESCHUTES COUNTY, OREGON.

PROPERTY ADDRESS:   61345 KING JOSIAH PLACE
                                        BEND, OR 97702

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision.  The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $2,315.04 beginning 05/01/2008; plus late charges of $101.81 each month beginning 05/01/2008 payment plus prior accrued late charges of $-203.62; plus advances of $135.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $375,900.00 with interest thereon at the rate of 6.5 percent per annum beginning 04/01/2010 plus late charges of $101.81 each month beginning 05/01/2008 until paid; plus prior accrued late charges of $-203.62; plus advances of $135.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL | For Additional Information: |
|---|---|
| RE:  Trust Deed from | Please Contact |
| TIM A. STARR, | Foreclosure Department |
| Grantor | RECONTRUST COMPANY, N.A. |
| To | RECONTRUST COMPANY, N.A. |
| RECONTRUST COMPANY, N.A., | 1800 Tapo Canyon Rd., CA6-914-01-94 |
| Trustee        TS No. 10 -0097405 | SIMI VALLEY, CA 93063 |
| | (800)-281-8219 |

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

*ORNOD (01/10)*

After recording, return to
Amerititle
15 ORE... AVENUE, BEND

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Friday, March 11, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR
, which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

Karla Merida,  Team Member

STATE OF __CALIFORNIA__ )
                                              ) ss.
COUNTY OF __VENTURA__ )

On __OCT 2 9 2010__ before me, __AHMAD AFZAL__ , notary public, personally appeared __KARLA MERIDA__ , personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public for __CALIFORNIA__                    **(SEAL)**
My commission expires: __5/7/11__

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**

AHMAD AFZAL
COMM. # 1744009
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Comm. Expires May 7, 2011

ORNOD (01/10)

# EXHIBIT # 57

√116980753

After recording return to:
Attn:  Foreclosure Department
RECONTRUST COMPANY, N.A.
400 COUNTRYWIDE WAY  SV-35
SIMI VALLEY, CA 93065

DESCHUTES COUNTY OFFICIAL RECORDS     2010-44419
NANCY BLANKENSHIP, COUNTY CLERK

                                               $53.00

0075510428100044419002002 9

N-DEF  Cnt=1  Stn=1  BN      11/05/2010 03:08:30 PM
$10.00 $11.00 $16.00 $10.00 $6.00

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by JOSHUA W. HARBICK ANGELA L. HERGET, as grantors, to AMERITITLE, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 02/07/2007, recorded 02/21/2007, in the mortgage records of Deschutes County, Oregon, as Recorder's fee/file/instrument/microfilm/reception Number 2007-10722, covering the following described real property situated in said county and state, to wit:

LOT NINETY (90), RED - BAR ESTATES, PHASE 3, DESCHUTES COUNTY, OREGON.

PROPERTY ADDRESS:  818 NE NEGUS PLACE
                              REDMOND, OR 97756

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $1,805.51 beginning 02/01/2009; plus late charges of $ 72.99 each month beginning 02/01/2009 payment plus prior accrued late charges of $-218.97; plus advances of $240.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $228,920.99 with interest thereon at the rate of 6.375 percent per annum beginning 01/01/2009 plus late charges of $ 72.99 each month beginning 02/01/2009 until paid; plus prior accrued late charges of $-218.97; plus advances of $240.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL | For Additional Information: |
|---|---|
| RE:  Trust Deed from | Please Contact |
| JOSHUA W HARBICK and ANGELA L HERGET, | Foreclosure Department |
| Grantor | RECONTRUST COMPANY, N.A. |
| To | RECONTRUST COMPANY, N.A. |
| RECONTRUST COMPANY, N.A., | 1800 Tapo Canyon Rd., CA6-914-01-94 |
| Trustee        TS No. 09 -0101343 | SIMI VALLEY, CA 93063 |
|  | (800)-281-8219 |

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

*ORNOD (01/10)*

After recording, return to
Amerit999
15 OREGON AVENUE, BEND

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Friday, March 18, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR , which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

Karla Merida, Team Member

STATE OF **CALIFORNIA** )
                   ) ss.
COUNTY OF **VENTURA** )

On *Nov. 3, 2010*, before me, **Angeles Medina**, notary public, personally appeared **KARLA MERIDA**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for **CALIFORNIA**
My commission expires: *DEC. 23, 2011*

ANGELES MEDINA
Commission # 1786299
Notary Public - California
Ventura County
My Comm. Expires Dec 23, 2011

(SEAL)

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**

*ORNOD (01/10)*

# EXHIBIT # 58

DESCHUTES COUNTY OFFICIAL RECORDS
NANCY BLANKENSHIP, COUNTY CLERK   **2010-46292**

**$53.00**

120690 53

00757120220100046292002200624   11/19/2010 01:55:23 PM

M-DEF  Cnt=1  Stn=1  BN
$10.00 $11.00 $15.00 $10.00 $5.00

After recording return to:
Attn: Foreclosure Department
RECONTRUST COMPANY, N.A.
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by WALTER J GUNDERSEN AND SUZANNE M GUNDERSEN AS TENANTS BY THE ENTIRETY, as grantors, to CHICAGO TITLE INSURANCE COMPANY, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 11/01/2006, recorded 11/08/2006, in the mortgage records of Deschutes County, Oregon, as Recorder's fee/file/instrument/microfilm/reception Number 2006-74159, covering the following described real property situated in said county and state, to wit:

LOT FIFTY-ONE (51), CHESTNUT PARK, PHASE 1, CITY OF BEND, DESCHUTES COUNTY OREGON.

PROPERTY ADDRESS:  20299 POE SCHOLES DR
                   BEND, OR 97701

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $1,312.58 beginning 09/01/2009; plus late charges of $ 54.96 each month beginning 09/01/2009 payment plus prior accrued late charges of $-164.88; plus advances of $875.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $203,247.45 with interest thereon at the rate of 6.48999977111816 percent per annum beginning 08/01/2009 plus late charges of $ 54.96 each month beginning 09/01/2009 until paid; plus prior accrued late charges of $-164.88; plus advances of $875.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL | For Additional Information: |
|---|---|
| RE:  Trust Deed from | Please Contact |
| WALTER J GUNDERSEN and SUZANNE M | Foreclosure Department |
| GUNDERSEN, | RECONTRUST COMPANY, N.A. |
| **Grantor** | RECONTRUST COMPANY, N.A. |
| **To** | 1800 Tapo Canyon Rd., CA6-914-01-94 |
| RECONTRUST COMPANY, N.A., | SIMI VALLEY, CA 93063 |
| **Trustee      TS No. 09 -0183250** | (800)-281-8219 |

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

Page 1 of 2                                      *ORNOD (01/10)*

After recording, return to
Ameritite
15 OREGON AVENUE, BEND

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Wednesday, March 30, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR
, which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

STATE OF ___CALIFORNIA___ )
                                            ) ss.
COUNTY OF ___VENTURA___ )

Karla Merida, Team Member
AUTHORIZED SIGNOR

On ___NOV 1 7 2010___, before me, ___M I Miller___, notary public, personally appeared ___KARLA MERIDA___, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for ___CALIFORNIA___
My commission expires: ___Feb 15 2013___

M. I. MILLER
COMM. #1836833
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 15, 2013

(SEAL)

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**

ORNOD (01/10)

# EXHIBIT # 59

V1128698 53

DESCHUTES COUNTY OFFICIAL RECORDS
NANCY BLANKENSHIP, COUNTY CLERK    2010-46301

$53.00

007571312010000463010020020

M-DEF  Cnt=1  Stn=1  BN               11/19/2010 01:55:23 PM
$10.00 $11.00 $16.00 $10.00 $6.00

After recording return to:
Attn: Foreclosure Department
RECONTRUST COMPANY, N.A.
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by STEVEN SPAIN, as grantors, to FIDELITY NATIONAL TITLE, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 12/13/2007, recorded 12/31/2007, in the mortgage records of Deschutes County, Oregon, as Recorder's fee/file/instrument/microfilm/reception Number 2007-66611, covering the following described real property situated in said county and state, to wit:

LOT 38, HIDDEN GLEN, PHASE V, CITY OF BEND, DESCHUTES COUNTY, OREGON.

PROPERTY ADDRESS:  1001 NE ROSS RD
                   BEND, OR 97701-5899

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $1,485.00 beginning 08/01/2010; plus late charges of $ 54.04 each month beginning 08/01/2010 payment plus prior accrued late charges of $-108.08; plus advances of $ 15.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $165,978.93 with interest thereon at the rate of 6.5 percent per annum beginning 08/01/2010 plus late charges of $ 54.04 each month beginning 08/01/2010 until paid; plus prior accrued late charges of $-108.08; plus advances of $ 15.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL<br>RE: Trust Deed from<br>STEVEN SPAIN,<br>Grantor<br>To<br>RECONTRUST COMPANY, N.A.,<br>Trustee        TS No. 10 -0147936 | For Additional Information:<br>Please Contact<br>Foreclosure Department<br>RECONTRUST COMPANY, N.A.<br>RECONTRUST COMPANY, N.A.<br>1800 Tapo Canyon Rd., CA6-914-01-94<br>SIMI VALLEY, CA 93063<br>(800)-281-8219 |
|---|---|

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

*ORNOD (01/10)*

After recording, return to
Ameritile
15 OF :   . NUE. BEND

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Wednesday, March 30, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR
, which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

Karla Merida, Team Member
AUTHORIZED SIGNATURE

STATE OF____**CALIFORNIA**___)
                              ) ss.
COUNTY OF_____**VENTURA**___)

On _____**NOV 1 7 2010**_____, before me, _____**M I Miller**_____, notary public, personally appeared _____**KARLA MERIDA**_____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public for _____**CALIFORNIA**_____
My commission expires: ____**Feb 15 2013**____

**M. I. MILLER
COMM. #1836833
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 15, 2013**
(SEAL)

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**

*ORNOD (01/10)*

# EXHIBIT # 60

↓126673758


DESCHUTES COUNTY OFFICIAL RECORDS    2010-43390
NANCY BLANKENSHIP, COUNTY CLERK

$58.00
0075400520100043390063 0033

M-DEF   Cnt=1   Stn=1   BN    10/29/2010 04:14:42 PM
$15.00 $11.00 $16.00 $10.00 $6.00

After recording return to:
Attn: Foreclosure Department
RECONTRUST COMPANY, N.A.
400 COUNTRYWIDE WAY  SV-35
SIMI VALLEY, CA 93065

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by HOWARD H ETTER AND LYSA I ETTER, HUSBAND AND WIFE, as grantors, to FIRST AMERICAN TITLE INSURANCE COMPANY OF OREGON, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 02/22/2006, recorded 02/27/2006, in the mortgage records of Deschutes County, Oregon, as Recorder's fee/file/instrument/microfilm/reception    Number    2006-13300,and    re-recorded    03/01/2006    and    as fee/file/instrument/microfilm/reception Number 2006-14139 covering the following described real property situated in said county and state, to wit:

SEE LEGAL

PROPERTY ADDRESS: 3072 SW TIMBER AVE
                  REDMOND, OR 97756

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $1,417.27 beginning 01/01/2010; plus late charges of $ 59.76 each month beginning 01/01/2010 payment plus prior accrued late charges of $-179.28; plus advances of $120.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $194,090.14 with interest thereon at the rate of 5.75 percent per annum beginning 12/01/2009 plus late charges of $ 59.76 each month beginning 01/01/2010 until paid; plus prior accrued late charges of $-179.28; plus advances of $120.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL | For Additional Information: |
|---|---|
| RE:  Trust Deed from | Please Contact |
| HOWARD H ETTER and LYSA I ETTER, | Foreclosure Department |
| Grantor | RECONTRUST COMPANY, N.A. |
| To | RECONTRUST COMPANY, N.A. |
| RECONTRUST COMPANY, N.A., | 1800 Tapo Canyon Rd., CA6-914-01-94 |
| Trustee          TS No. 10 -0111891 | SIMI VALLEY, CA 93063 |
| | (800)-281-8219 |

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

ORNOD (01/10)

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Wednesday, March 09, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR , which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

_Karla Merida, Team Member_

STATE OF __CALIFORNIA__ )
                                              ) ss.
COUNTY OF _____ VENTURA

On _____ OCT 2 7 2010 _____, before me, _____ M I Miller _____, notary public, personally appeared _____ KARLA MERIDA _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for _____ CALIFORNIA _____
My commission expires: _____ Feb 15 2013

M. I. MILLER
COMM. #1836833
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 15, 2013

(SEAL)

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**

_ORNOD (01/10)_

A parcel of land situate in Block Three of METT'S SUBDIVISION, as platted and recorded in the office of the Clerk of Deschutes County, Oregon, being in the Northeast quarter of the Southwest quarter of Section 20, Township 15 South, Range 13 East of the Willamette Meridian, Deschutes County, Oregon, and now to be more particularly described as follows:

Starting at the Northwest corner of the said Block Three, the initial point as well as the point of beginning; thence North 89°19' East along the South line of Timber Avenue, 142.90 feet; thence South 0°33' East, 60.00 feet; thence South 89°19' West, 142.91 feet to the East line of 31st Street; thence North 0°33' West along the East line of said 31st Street, 60.00 feet to the point of beginning.

# EXHIBIT # 61



↓ 118796 53

After recording return to:
Attn: Foreclosure Department
RECONTRUST COMPANY, N.A.
400 COUNTRYWIDE WAY  SV-35
SIMI VALLEY, CA 93065

**DESCHUTES COUNTY OFFICIAL RECORDS**
**NANCY BLANKENSHIP, COUNTY CLERK**    **2010-44138**

                                                                **$53.00**

0075480020100044138002002S

11/04/2010 03:03:59 PM

M-DEF   Cnt=1   Stn=1   BN
$10.00 $11.00 $16.00 $10.00 $6.00

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by TRAVIS ALLAN, as grantors, to AMERITITLE, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 12/06/2005, recorded 12/09/2005, in the mortgage records of Deschutes County, Oregon, as Recorder's fee/file/instrument/microfilm/reception Number 2005-84807, covering the following described real property situated in said county and state, to wit:

LOT SEVEN (7), FAIRHAVEN, PHASE X, DESCHUTES COUNTY, OREGON.

PROPERTY ADDRESS:  680 NORTHWEST GREENWOOD LOOP
                                        REDMOND, OR 97756

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $2,030.09 beginning 07/01/2008; plus late charges of $ 99.75 each month beginning 07/01/2008 payment plus prior accrued late charges of $   .00; plus advances of $366.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $276,998.83 with interest thereon at the rate of 7.55000019073486 percent per annum beginning 08/01/2008 plus late charges of $ 99.75 each month beginning 07/01/2008 until paid; plus prior accrued late charges of $   .00; plus advances of $366.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL | For Additional Information: |
|---|---|
| RE: Trust Deed from | Please Contact |
| TRAVIS ALLAN, | Foreclosure Department |
| Grantor | RECONTRUST COMPANY, N.A. |
| To | RECONTRUST COMPANY, N.A. |
| RECONTRUST COMPANY, N.A., | 1800 Tapo Canyon Rd., CA6-914-01-94 |
| Trustee        TS No. 09 -0184443 | SIMI VALLEY, CA 93063 |
| | (800)-281-8219 |

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

*ORNOD (01/10)*

After recording, return to
Amerititle
15 OREGON AVENUE, BEND

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Wednesday, March 16, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR
, which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

Karla Merida, Team Member

STATE OF  **CALIFORNIA**   )
                           ) ss.
COUNTY OF  **VENTURA**      )

On  **NOV 0 2 2010** _____, before me,  **RJ GREEAR** _____, notary public, personally appeared _____**KARLA MERIDA**_____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for  _____**CALIFORNIA**_____                 **(SEAL)**
My commission expires: **DEC 0 8 2011**

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**



R. J. GREEAR
Commission # 1784051
Notary Public - California
Ventura County
My Comm. Expires Dec 8, 2011

# EXHIBIT # 62

DESCHUTES COUNTY OFFICIAL RECORDS    2010-46114
NANCY BLANKENSHIP, COUNTY CLERK

$53.00

0075692620100046114002028    11/18/2010 04:04:10 PM

M-DEF   Cnt=1   Stn=1   BN
$10.00  $11.00  $16.00  $10.00  $6.00

ꕮ 128650 53

After recording return to:
Attn: Foreclosure Department
RECONTRUST COMPANY, N.A.
400 COUNTRYWIDE WAY  SV-35
SIMI VALLEY, CA 93065

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by JOHN A CALKINS, as grantors, to AMERITITLE, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 10/31/2008, recorded 11/04/2008, in the mortgage records of Deschutes County, Oregon, as Recorder's fee/file/instrument/microfilm/reception Number 2008-44414, covering the following described real property situated in said county and state, to wit:

LOT TWO (2), BLOCK FOUR (4), OVERTURF BUTTE, RECORDED JULY 10, 1978, IN CABINET B, PAGE 493, DESCHUTES COUNTY, OREGON.

PROPERTY ADDRESS:  1774 SW FOREST RIDGE AVE
                   BEND, OR 97702

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $1,822.59 beginning 08/01/2010; plus late charges of $ 70.63 each month beginning 08/01/2010 payment plus prior accrued late charges of $-141.26; plus advances of $ 15.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $230,679.57 with interest thereon at the rate of 6 percent per annum beginning 08/01/2010 plus late charges of $ 70.63 each month beginning 08/01/2010 until paid; plus prior accrued late charges of $-141.26; plus advances of $ 15.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL | For Additional Information: |
|---|---|
| RE: Trust Deed from | Please Contact |
| JOHN A CALKINS, | Foreclosure Department |
|        Grantor | RECONTRUST COMPANY, N.A. |
|   To | RECONTRUST COMPANY, N.A. |
| RECONTRUST COMPANY, N.A., | 1800 Tapo Canyon Rd., CA6-914-01-94 |
|        Trustee    TS No. 10 -0147332 | SIMI VALLEY, CA 93063 |
| | (800)-281-8219 |

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

*ORNOD (01/10)*

After recording, return to
Amerititle
5 _____ AVENUE BEND

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Monday, March 28, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR
, which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

Karla Merida, Team Member AUTHORIZED SIGNATORY

STATE OF_____**CALIFORNIA**

COUNTY OF_____**VENTURA**

On ___**NOV 1 6 2010**___, before me, ___**R.J GREEAR**___, notary public, personally appeared ___**KARLA MERIDA**___, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for _____**CALIFORNIA**                    (SEAL)
My commission expires: **DEC 0 8 2011**

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**



R. J. GREEAR
Commission # 1784051
Notary Public - California
Ventura County
My Comm. Expires Dec 8, 2011

ORNOD (01/10)

# EXHIBIT # 63

DESCHUTES COUNTY OFFICIAL RECORDS
NANCY BLANKENSHIP, COUNTY CLERK
2010-46295

$53.00

0075712420100046295002C0023

11/19/2010 01:55:23 PM

M-DEF  Cnt=1  Stn=1  BN
$10.00 $11.00 $15.00 $10.00 $6.00



After recording return to:
Attn: Foreclosure Department
RECONTRUST COMPANY, N.A.
400 COUNTRYWIDE WAY SV-35
SIMI VALLEY, CA 93065

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by KORINA L. CHINCHEN AND CRAIG FORD AS TENANTS BY THE ENTIRETY, as grantors, to FIRST AMERICAN TITLE INSURANCE COMPANY OF OREGON, as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 02/17/2006, recorded 02/24/2006, in the mortgage records of Deschutes County, Oregon, as Recorder's fee/file/instrument/microfilm/reception Number 2006-13020, covering the following described real property situated in said county and state, to wit:

LOT 1 IN BLOCK 29 OF MOUNTAIN VILLAGE EAST IV, DESCHUTES COUNTY, OREGON.

PROPERTY ADDRESS:  18152 TIMBER LANE
                   SUNRIVER, OR 97707

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $2,063.78 beginning 04/01/2010; plus late charges of $ 87.27 each month beginning 04/01/2010 payment plus prior accrued late charges of $-610.89; plus advances of $ 15.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $335,100.00 with interest thereon at the rate of 6.25 percent per annum beginning 04/01/2010 plus late charges of $ 87.27 each month beginning 04/01/2010 until paid; plus prior accrued late charges of $-610.89; plus advances of $ 15.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL | For Additional Information: |
|---|---|
| RE: Trust Deed from | Please Contact |
| **KORINA L CHINCHEN and CRAIG FORD,** | Foreclosure Department |
| Grantor | RECONTRUST COMPANY, N.A. |
| To | RECONTRUST COMPANY, N.A. |
| RECONTRUST COMPANY, N.A., | 1800 Tapo Canyon Rd., CA6-914-01-94 |
| Trustee        TS No. 10 -0147925 | SIMI VALLEY, CA 93063 |
| | (800)-281-8219 |

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

*ORNOD (01/10)*

After recording, return to
Amerititle
15 OREC ᵀᴴ ᴮ ᴬ ᴺᴸᴵᴱ, BEND

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Wednesday, March 30, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR
, which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

Karla Merida, ~~Team Member~~ Authorized Signor

STATE OF **CALIFORNIA** )
                         ) ss.
COUNTY OF **VENTURA** )

On **NOV 17 2010**, before me, **M I Miller**, notary public, personally appeared **KARLA MERIDA**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for **CALIFORNIA**
My commission expires: **Feb 15 2013**

M. I. MILLER
COMM. #1836833
Notary Public - California
Los Angeles County
My Comm. Expires Feb. 15, 2013

(SEAL)

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.**

# EXHIBIT # 64

✔ R0655 53

**DESCHUTES COUNTY OFFICIAL RECORDS**
**NANCY BLANKENSHIP, COUNTY CLERK**          **2010-47773**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖          **$53.00**
00758875201000477730020029

After recording return to:                              **12/01/2010 02:55:17 PM**
Attn: Foreclosure Department
RECONTRUST COMPANY, N.A.          **M-DEF    Cnt=1    Stn=1    BN**
400 National way                                  **$10.00 $11.00 $16.00 $10.00 $6.00**
SIMI VALLEY, CA 93065

2

## NOTICE OF DEFAULT AND ELECTION TO SELL

Reference is made to that certain Trust Deed made by SCOTT MCDANIEL AND LEAH MCDANIEL, AS TENANTS BY THE ENTIRETY, as grantors, to PACIFIC NORTHWEST TITLE INS. CO., as Trustee, in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, dated 10/17/2006, recorded 10/27/2006, in the mortgage records of Deschutes County, Oregon, as Recorder's fee/file/instrument/microfilm/reception Number 2006-71660, covering the following described real property situated in said county and state, to wit:

LOT SIXTY IN UNIT THREE OF BEND CASCADE VIEW ESTATES, TRACT TWO, DESCHUTES COUNTY, OREGON.

PROPERTY ADDRESS:   25225 CULTUS LANE
                                  BEND, OR 97701

There is default by the grantor or other person, or by their successor in interest, owing an obligation, the performance of which is secured by said Trust Deed, or by their successor in interest, with respect to provisions therein which authorize sale in the event of default of such provision. The default for which foreclosure is made is grantors' failure to pay when due the following sums: monthly payments of $1,825.73 beginning 09/01/2009; plus late charges of $ 74.38 each month beginning 09/01/2009 payment plus prior accrued late charges of $-223.14; plus advances of $224.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

By reason of said default, the Beneficiary has declared all sums owing on the obligation secured by said Trust Deed immediately due and payable, said sums being the following, to wit: $255,000.00 with interest thereon at the rate of 7 percent per annum beginning 08/01/2009 plus late charges of $ 74.38 each month beginning 09/01/2009 until paid; plus prior accrued late charges of $-223.14; plus advances of $224.00; together with title expense, costs, trustee's fees and attorney's fees incurred herein by reason of said default; and any further sums advanced by the Beneficiary for the protection of the above described real property and its interest therein.

| NOTICE OF DEFAULT AND ELECTION TO SELL | For Additional Information: |
|---|---|
| RE:  Trust Deed from | Please Contact |
| SCOTT MCDANIEL and LEAH MCDANIEL, | Foreclosure Department |
| Grantor | RECONTRUST COMPANY, N.A. |
| To | RECONTRUST COMPANY, N.A. |
| RECONTRUST COMPANY, N.A., | 1800 Tapo Canyon Rd., CA6-914-01-94 |
| Trustee        TS No. 09 -0182879 | SIMI VALLEY, CA 93063 |
| | (800)-281-8219 |

Notice is hereby given that the Beneficiary and Trustee, by reason of said default, have elected and do hereby elect to foreclose the Trust Deed by advertisement and sale pursuant to ORS 86.705 to 86.795, and to cause to be sold at public auction to the highest bidder for cash the interest in the described property which the grantor had, or had the power to convey, at the time the grantor executed the Trust Deed, together with any interest the grantor or grantor's successors in interest acquired after the execution of the Trust Deed, to satisfy the obligations secured by the Trust Deed and the expenses of the sale, including the compensations of the Trustee as provided by law, and reasonable fees of Trustee's attorneys.

After recording, return to
Amerititle
15 OREGON AVENUE. BEND

The sale will be held at the hour of 10:00 AM , in accordance with the standard of time established by ORS 187.110 on Friday, April 08, 2011, at the following place: inside the main lobby of the Deschutes County Courthouse, 1164 NW Bond, Bend, Deschutes County, OR
, which is the hour, date and place last set for the sale.

Notice is further given that any person named in ORS 86.753 has the right, at any time prior to five days before the date last set for the sale, to have this foreclosure proceeding dismissed and the Trust Deed reinstated by payment to the Beneficiary of the entire amount then due (other than such portion of the principal as would not then be due had no default occurred) and by curing every other default complained of herein by tendering the performance required under the obligation or Trust Deed, in addition to paying said sums or tendering the performance necessary to cure the default, by paying all costs and expenses actually incurred in enforcing the obligation and Trust Deed, together with trustee's and attorney's fees not exceeding the amounts provided by ORS 86.753.

In constructing this notice, the singular includes the plural, the word "grantor" includes any successor in interest to the grantor as well as any other person owing an obligation, the performance of which is secured by said Trust Deed, and the words "Trustee" and "Beneficiary" include their respective successors in interest, if any.

RECONTRUST COMPANY, N.A.

Karla Merida, ~~Team Member~~ 11/26/10
AUTHORIZED SIGNER

STATE OF ___CALIFORNIA___ )
) ss.
COUNTY OF ___VENTURA___ )

On ___NOV 2 9 2010___, before me, **E. L. Howard** ___, notary public, personally appeared ___KARLA MERIDA___, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public for ___CALIFORNIA___        (SEAL)
My commission expires: ___AUG 2 8 2014___

THIS IS AN ATTEMPT TO COLLECT A DEBT AND INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER IF YOU HAVE OR ARE IN THE PROCESS OF OBTAINING DISCHARGE OF THE DEBT FROM A BANKRUPTCY COURT, THIS DOCUMENT IS NOT AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF LIEN RIGHTS AGAINST THE PROPERTY.



E. L. HOWARD
COMM. #1901815
Notary Public-California
VENTURA COUNTY
My Comm. Exp. AUG 28, 2014

*ORNOD (01/10)*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2010, I caused to be served a copy of the foregoing
PLAINTIFF'S FIRST AMMENDED COMPLAINT to the Defendants Counsel in the
manner indicated below at the following address(es):

**Tanya A. Durkee**, OSB No. 962668
durkeet@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158

     by **CM/ECF**
X    by **Electronic Mail**
     by **Facsimile Transmission**
X    by **First Class Mail**
     by **Hand Delivery**
     by **Overnight Delivery**

Scott McDaniel