UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**Scott A. McDaniel,**

                      **Plaintiff,**

              v.                              Civil No. 6:10-cv-06143-HO

**BAC Home Loans Servicing, LP; ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.; Bank of New York Mellon Corporation; Christina Balandran; Diane Bolton; Daniel B Rodriguez; Jonathan Jackson; E.L. Howard; Lucy Mansourian; Peter Lopez; Stacey L. Blouin; Janine R. Wright; Karla Merida; Summit Mortgage Corporation;** and **Does 1-50,**

                      **Defendants.**

_____

## JUDGMENT

This action is dismissed.

Dated: August 29, 2011

                          MARY L. MORAN, Clerk

                          by    s/ J. Wright
                                J. Wright, Deputy Clerk